**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**WILLIAM LEE TERRELL**                                                      **PETITIONER**
**Reg. #36865-280**

**v.**                         **Case No. 2:22-cv-00193-KGB-JJV**

**YATES, Warden, Federal Bureau of Prisons,**
**Forrest City Medium Security Facility**                     **RESPONDENT**

## ORDER

Before the Court are Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe regarding petitioner William Lee Terrell's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (Dkt. No. 11).   Mr. Terrell has not filed any objections to the Recommendations, and the time to do so has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

Also before the Court is Mr. Terrell's motion for leave to proceed *in forma pauperis* (Dkt. No. 7).   Mr. Terrell has paid the $5.00 statutory filing fee in full (Dkt. No. 10).   As a result, the Court denies as moot Mr. Terrell's motion for leave to proceed *in forma pauperis* (Dkt. No. 7).

It is therefore ordered that:

1.  Mr. Terrell's petition for writ of *habeas corpus* is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts (Dkt. No. 1).

2.  Mr. Terrell's motion for leave to proceed *in forma pauperis* is denied as moot (Dkt. No. 7).

3.  The Court denies the relief sought.

4.  The Court declines to issue a certificate of appealability.  *See* 28 U.S.C. §

2253(c)(2).

So ordered this 13th day of February, 2023.

_____

Kristine G. Baker
United States District Judge